SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>      Plaintiff;<br><br>   vs.<br><br>Humberto J. Pinto, et al,<br><br>      Defendants | Case No. **2:11-cv-01931-JAM-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL**<br><br>**Dismissal of Defendant Allegiance Properties, LLC With Prejudice**<br><br>**Dismissal of Defendant Humberto J. Pinto Without Prejudice** |

   IT IS HEREBY ORDERED THAT Defendant, Allegiance Properties, LLC, is hereby dismissed with prejudice and Defendant, Humberto J. Pinto, is hereby dismissed without prejudice.  This case is hereby closed in its entirety.

Date:  3/8/2013

                          /s/ John A. Mendez_____
                          United States District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-01931-JAM-GGH- 1